# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

July 2, 2024

**Via ECF**

Hon. Arun Subramanian, USDJ  
United States District Court, SDNY  
500 Pearl Street,  
New York, NY 10007-1312

<u>Re: Cruz v. El Bohio Tropical Square Inc. et al</u>  
Case No. 24-CV-00684 (AS)  
**Motion to Adjourn, etc.**

Dear Judge Subramanian:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 30-day adjournment of the July 10, 2024 initial conference an related deadlines. This request is being made because the parties are scheduled for mediation on July 19, 2024 with a mediator from this Court's mediation panel. If the case is settled, we will notify the Court promptly. One prior request for an extension of these deadlines was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510)  
*Counsel for Plaintiff*

cc:   **Defense Counsel via ECF**

---

Application denied. The parties should submit the joint letter and case management plan described in the Court's order at Dkt. 5 by July 5, 2024. If those submissions are acceptable to the Court, the Court may then adjourn the conference. The parties are put on notice that the Court does not adjourn or extend deadlines due to settlement discussions.

SO ORDERED.

Arun Subramanian, U.S.D.J.  
Date: July 3, 2024

1