UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAKELIN CRUZ,<br><br>                Plaintiff,<br><br>-against-<br><br>EL BOHIO TROPICAL SQUARE INC., et al.,<br><br>                Defendants. | 24-CV-684 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Discovery in this case has closed and the parties have elected not to file post-discovery dispositive motions. *See* Dkt. 14. Accordingly, by December 30, 2024, the parties should jointly submit to the Court proposed trial dates in March or April 2025.

    SO ORDERED.

Dated: December 20, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                               United States District Judge