UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAKELIN CRUZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>EL BOHIO TROPICAL SQUARE INC.;<br>RAMON FERNANDEZ,<br><br>      Defendants. | 24-CV-684 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The parties are hereby ordered to appear for a conference with the Court on Thursday, **February 20, 2025** at **10:00 AM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Lead counsel and the principal decision maker (the "buck stops here" person) for the clients must attend. The parties should be prepared to discuss their efforts to resolve this case.

 SO ORDERED.

Dated: February 5, 2025
   New York, New York

                      _____
                        ARUN SUBRAMANIAN
                        United States District Judge