**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yakelin Cruz,<br><br>                    Plaintiff,<br><br>-v-<br><br>El Bohio Tropical Square Inc., and Ramon Fernandez,<br><br>                    Defendants. | **Civ. Action #: 24-CV-00684 (AS)(SN)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 13, 2025; and Defendants El Bohio Tropical Square Inc., and Ramon Fernandez, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Yakelin Cruz in the amount of $27,000.00, inclusive of all penalties, interest, costs and attorney fees;

ORDERED and ADJUDGED that judgment is entered in favor of Yakelin Cruz and against Defendants El Bohio Tropical Square Inc., and Ramon Fernandez, individually and jointly, in the amount of $27,000.00, inclusive of all penalties, interest, costs and attorney fees.

If there is a default in making the payments herein, Plaintiff or her counsel, will give Defendants El Bohio Tropical Square Inc., and Ramon Fernandez, written notice of said default, by sending a notice of default by email to Defendants' attorney Mr. Martin E. Restituyo, Esq. at restituyo@restituyolaw.com . Defendants will have ten (10) days from receipt of such notice to cure the default. If Defendants do not cure the default within ten (10) days of the notice, Plaintiff and her Counsel shall have the right to a judgment or supplemental judgment against Defendants El Bohio Tropical Square Inc., and Ramon Fernandez, in the amount of Forty Thousand Five Hundred Dollars and Zero Cents ($40,500.00) less any monies paid by Defendants at the time of default. The Court shall retain and have authority and jurisdiction to enter such judgment or supplemental judgment in favor of Plaintiff and her counsel

**Dated: March 14, 2025**
      **New York, New York**

The Clerk of Court is respectfully directed to terminate this case.

                                                                       *Hon. Arun Subramanian*
                                                                  *United States District Judge*